■ JULIAN J. O'CONNOR, Doing Business as R. A. O'CONNOR AND COMPANY, Respondent, v. CHISHOLM-RYDER CO., INC., Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Niagara Special Term denying defendant's motion to vacate plaintiff's notice of exami-

nation before trial.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.